UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA MOUNTAIN COMPANY U.S. INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00666-MCE-CKD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having considered the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Rosemary Garcia("Plaintiff") and Alterra Mountain Company U.S. Inc ("Defendant"), and good cause appearing,

Plaintiff's Complaint in the above-entitled action is hereby dismissed, with prejudice, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  January 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE